BINGHAM MCCUTCHEN LLP
Colleen P. Doyle (SBN 122060)
colleen.doyle@bingham.com
Karen A. Caffee (SBN 171817)
casey.caffee@bingham.com
Allyson T. Sakai (SBN 210535)
allyson.sakai@bingham.com
355 South Grand Avenue, Suite 4400
Los Angeles, CA  90071-3106
Telephone:  213.680.6400

Attorneys for Plaintiff
EXXONMOBIL OIL CORPORATION

TATRO TEKOSKY SADWICK LLP
René P. Tatro (SBN 078383)
Steven R. Tekosky (SBN 102918)
333 S. Grand Avenue, Suite 4270
Los Angeles, CA 90071
Telephone:  213.225.7171
Facsimile:  213.225.7151

Attorneys for Defendants
NICOLETTI OIL, INC., DINO NICOLETTI,
and JOHN NICOLETTI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION, a New York Corporation,<br><br>             Plaintiff,<br>      v.<br><br>NICOLETTI OIL, INC., a California Corporation; DINO J. NICOLETTI, an individual and d/b/a NICOLETTI OIL, INC. and/or NICOLETTI OIL COMPANY; and JOHN A. NICOLETTI, an individual and d/b/a NICOLETTI OIL, INC. and/or NICOLETTI OIL COMPANY; and DOES 1-100, inclusive,<br><br>             Defendants. | No. 1:09-cv-01498-OWW-DLB<br><br>**JOINT STIPULATION ANDORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO RULES 12(B) AND 8(A)**<br><br>Hearing Date:   December 7, 2009<br>Time:                10:00 a.m.<br>Courtroom:       3<br><br>Honorable Oliver W. Wanger |

1   Pursuant to the Local Rules of the United States District Court for the Eastern
2   District of California, Rules 78-230(g) and 83-143, Plaintiff ExxonMobil Oil Corporation
3   ("Plaintiff") and Defendants Nicoletti Oil, Inc., Dino J. Nicoletti and John A. Nicoletti
4   ("Defendants") stipulate to the following:
5   WHEREAS, on August 24, 2009, this action was commenced in the United States
6   District Court, Eastern District of California;
7   WHEREAS, on October 7, 2009, Defendants filed a Motion to Dismiss
8   ExxonMobil's Complaint Pursuant to Rules 12(b) and 8(a) ("Motion to Dismiss");
9   WHEREAS, the hearing on Defendants' Motion to Dismiss is calendared for
10  December 7, 2009 at 10:00 a.m. in Courtroom 3;
11  Plaintiff and Defendants have agreed to continue the hearing on Defendants'
12  Motion to Dismiss and to modify the briefing schedule as follows:
13  Plaintiff's Opposition brief shall be filed and served no later than January 6, 2010;
14  Defendants' Reply brief shall be filed and served no later than January 25, 2010;
15  The hearing on Defendants' Motion to Dismiss shall be continued to February 1,
16  2010 at 10:00 a.m. in Courtroom 3.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

DATED:  October 30, 2009         BINGHAM MCCUTCHEN LLP

                                 By:    /s/ Allyson T. Sakai
                                        Colleen P. Doyle
                                        Karen A. Caffee
                                        Allyson T. Sakai
                                     Attorneys for Plaintiff
                                   ExxonMobil Oil Corporation

DATED:  October 30, 2009         TATRO TEKOSKY SADWICK LLP

                                 By:    /s/ Steven R. Tekosky
                                        René P. Tatro
                                        Steven R. Tekosky
                                    Attorneys for Defendants
                                 Nicoletti Oil, Inc., Dino J. Nicoletti,
                                        John A. Nicoletti

1   PURSUANT TO STIPULATION, **IT IS ORDERED** that Plaintiff's Opposition

2   brief shall be filed and served no later than January 6, 2010; Defendants' Reply brief shall be

3   filed and served no later than January 25, 2010; and the hearing on Defendants' Motion to

4   Dismiss shall be continued to February 1, 2010 at 10:00 a.m. in Courtroom 3.

5

6   DATED: 10/30/2009               By: /s/ OLIVER W. WANGER
                                         The Honorable Oliver W. Wanger
7                                        United States District Court
                                         Eastern District of California
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS'
MOTION TO DISMISS COMPLAINT PURSUANT TO RULES 12(B) AND 8(A)