BINGHAM MCCUTCHEN LLP
Colleen P. Doyle (SBN 122060)
colleen.doyle@bingham.com
Karen A. Caffee (SBN 171817)
casey.caffee@bingham.com
Berj K. Parseghian (SBN 200932)
berj.parseghian@bingham.com
355 South Grand Avenue, Suite 4400
Los Angeles, CA  90071-3106
Telephone:  213.680.6400

Attorneys for Plaintiff
EXXONMOBIL OIL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION,<br><br>         Plaintiff,<br>     v.<br>NICOLETTI OIL, INC. *et al.*,<br><br>         Defendants. | No. 1:09-cv-01498-OWW-DLB<br><br>**STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>Second Amended Complaint<br>     filed:  Jun. 7, 2010<br><br>Honorable Oliver W. Wanger |

        WHEREAS, on June 24, 2010, the Court entered an Order setting an initial scheduling conference in this proceeding at 8:15 a.m. on October 15, 2010;

        WHEREAS, neither Colleen Doyle nor Berj Parseghian, counsel for Plaintiff ExxonMobil Oil Corporation, are available to appear on October 15, 2010 due to schedule conflicts that week; and

        WHEREAS, all counsel are available to appear for an initial scheduling conference on October 22, 2010;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the initial scheduling conference should be continued to October 22, 2010 at 8:15 a.m.

DATED: August 25, 2010

                            BINGHAM MCCUTCHEN LLP

                            By:   /s/ *Berj K. Parseghian*
                                  Berj K. Parseghian
                                  Attorneys for Plaintiff
                                 ExxonMobil Oil Corporation

                            TATRO TEKOSKY SADWICK LLP

                            By:   /s/ *Steven R. Tekosky* (as authorized on August 25, 2010)
                                  Steven R. Tekosky
                                  Attorney for Defendants
                                  Nicoletti Oil, Inc., Dino J. Nicoletti, Nicoletti Oil Company, and John A Nicoletti

IT IS SO ORDERED.

    Dated:   **August 26, 2010**                **/s/ Oliver W. Wanger**
                                                   UNITED STATES DISTRICT JUDGE