BINGHAM MCCUTCHEN LLP
Colleen P. Doyle (SBN 122060)
colleen.doyle@bingham.com
Karen A. Caffee (SBN 171817)
casey.caffee@bingham.com
Berj K. Parseghian (SBN 200932)
berj.parseghian@bingham.com
355 South Grand Avenue, Suite 4400
Los Angeles, CA  90071-3106
Telephone:  213.680.6400

Attorneys for Plaintiff
EXXONMOBIL OIL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION,<br><br>        Plaintiff,<br>    v.<br>NICOLETTI OIL, INC. *et al.*,<br><br>        Defendants. | No. 1:09-cv-01498-OWW-DLB<br><br>**STIPULATION AND ORDER RE SCHEDULING CONFERENCE AND DISCLOSURES**<br><br>Second Amended Complaint<br>    filed:  Jun. 7, 2010<br><br>Honorable Oliver W. Wanger |

        WHEREAS, an initial scheduling conference in this proceeding is set for October 22, 2010 at 8:15 a.m.;

        WHEREAS, the parties have agreed to conduct an early mediation in this matter on November 16-17, 2010 before Timothy Gallagher, Esq.;

        WHEREAS, the parties have agreed that, on or before October 7, 2010, defendants shall provide plaintiff with information concerning defendants' insurance coverage, including copies of all policies, the names and addresses of the insurance companies, the names of all insureds, the policy numbers, dates

No. 1:09-cv-01498-OWW-DLB

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING CONFERENCE AND DISCLOSURES
A/73511753.2

and types of coverage, the limits of coverage, and whether any reservations of rights or coverage disputes exist;

WHEREAS, the parties have agreed to exchange the information required by Fed. R. Civ. P. 26(a)(1) on or before October 29, 2010; and

WHEREAS, the parties have agreed to exchange copies of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment, on or before November 30, 2010.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1.  The initial scheduling conference should be continued to December 10, 2010 at 8:15 a.m.

2.  On or before October 7, 2010, defendants shall provide plaintiff with information concerning defendants' insurance coverage, including copies of all policies, the names and addresses of the insurance companies, the names of all insureds, the policy numbers, dates and types of coverage, the limits of coverage, and whether any reservations of rights or coverage disputes exist.

3.  On or before October 29, 2010, the parties shall exchange the information required by Fed. R. Civ. P. 26(a)(1).

4.  On or before November 30, 2010, the parties shall exchange copies of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support

its claims or defenses, unless the use would be solely for impeachment.

DATED:   September 29, 2010

                                BINGHAM MCCUTCHEN LLP


                                By:   /s/ *Berj K. Parseghian*
                                   Berj K. Parseghian
                                  Attorneys for Plaintiff
                                ExxonMobil Oil Corporation


                              TATRO TEKOSKY SADWICK LLP


                              By:   /s/ Steven R. Tekosky (as authorized on September 29, 2010)
                                  Steven R. Tekosky
                                  Attorney for Defendants
                                  Nicoletti Oil, Inc., Dino J. Nicoletti, Nicoletti Oil Company, and John A Nicoletti

IT IS SO ORDERED.

   Dated:   **September 29, 2010**                **/s/ Oliver W. Wanger**
                                                          UNITED STATES DISTRICT JUDGE