BINGHAM MCCUTCHEN LLP
Colleen P. Doyle (SBN 122060)
colleen.doyle@bingham.com
Karen A. Caffee (SBN 171817)
casey.caffee@bingham.com
Berj K. Parseghian (SBN 200932)
berj.parseghian@bingham.com
355 South Grand Avenue, Suite 4400
Los Angeles, CA  90071-3106
Telephone:  213.680.6400

Attorneys for Plaintiff
EXXONMOBIL OIL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION,<br><br>    Plaintiff,<br>  v.<br><br>NICOLETTI OIL, INC. *et al.*,<br><br>    Defendants. | No. 1:09-cv-01498-OWW-DLB<br><br>**STIPULATION AND ORDER CONTINUING EXCHANGE DATE**<br><br>Third Amended Complaint<br>     filed:  Oct. 8, 2010<br><br>Sched. Conf.:  Dec. 10, 2010<br><br>Honorable Oliver W. Wanger |

        WHEREAS, on October 29, 2010, the parties exchanged initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1);

        WHEREAS, the parties have agreed to conduct an early mediation in this matter on November 16-17, 2010;

        WHEREAS, pursuant to the Court's September 30, 2010 stipulated order regarding scheduling conference and disclosure dates, the parties must exchange copies of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and

PDF created with pdfFactory trial version www.pdffactory.com

may use to support its claims or defenses, unless the use would be solely for impeachment, on or before November 30, 2010 (the "Exchange Date");

WHEREAS, the parties desire to continue the Exchange Date to January 31, 2011.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the date for the parties to exchange copies of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment, should be continued to January 31, 2011.

DATED:  November 5, 2010

                                            BINGHAM MCCUTCHEN LLP


                                            By:  /s/ *Berj K. Parseghian*
                                                    Berj K. Parseghian
                                                    Attorneys for Plaintiff
                                                    ExxonMobil Oil Corporation

                                          TATRO TEKOSKY SADWICK LLP


                                            By:  /s/ *Steven R. Tekosky* (as authorized on November 5, 2010)
                                                    Steven R. Tekosky
                                                    Attorney for Defendants
                                                   Nicoletti Oil, Inc., Dino J. Nicoletti, Nicoletti Oil Company, and John A Nicoletti

**IT IS SO ORDERED.**


DATED:  November 8, 2010     /s/ OLIVER W. WANGER
                                         United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com