BINGHAM MCCUTCHEN LLP
Colleen P. Doyle (SBN 122060)
colleen.doyle@bingham.com
Berj K. Parseghian (SBN 200932)
berj.parseghian@bingham.com
Jamie O. Kendall (SBN 260231)
jamie.kendall@bingham.com
355 South Grand Avenue, Suite 4400
Los Angeles, CA  90071-3106
Telephone:  213.680.6400
Facsimile:  213.680.6499

Attorneys for Plaintiff
EXXONMOBIL OIL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION,<br><br>　　　　Plaintiff,<br>　　v.<br><br>NICOLETTI OIL, INC. *et al.*,<br><br>　　　　Defendants. | No. 1:09-cv-01498-AWI-DLB<br><br>**STIPULATION AND ORDER TO WAIVE PRIVILEGE LOGS**<br><br>Judge: Hon. Anthony W. Ishii<br>Third Am. Compl. Filed: Oct. 8, 2010<br>Trial Date: Nov. 14, 2012 |

WHEREAS, this case involves an environmental cleanup site that has been the subject of agency action and potential litigation for over twenty years;

WHEREAS, as a result, there are a large volume of documents relating to this case that are claimed to be privileged;

WHEREAS, the parties recognize and acknowledge that the preparation of privilege logs as described in Fed. R. Civ. Pro. 26(b)(5)(A) would be unreasonably burdensome and expensive;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the requirements of Fed. R. Civ. Pro. 26(b)(5)(A) are waived, and the parties shall not be required to

prepare privilege logs; this waiver does not affect a party's right to contest the withholding of any purportedly privileged document.

DATED: October 27, 2011                BINGHAM MCCUTCHEN LLP

                                       By: /s/ *Berj K. Parseghian*
                                           Berj K. Parseghian
                                           Attorneys for Plaintiff
                                           ExxonMobil Oil Corporation

                                       TATRO TEKOSKY SADWICK LLP

                                       By: /s/ *Steven R. Tekosky* (as authorized on
                                           October 27, 2011)
                                           Steven R. Tekosky
                                           Attorney for Defendants
                                           Nicoletti Oil, Inc., Dino J. Nicoletti, and John A
                                           Nicoletti

IT IS SO ORDERED.

   Dated:  **October 31, 2011**                    /s/ *Dennis L. Beck*
                                            UNITED STATES MAGISTRATE JUDGE