BINGHAM MCCUTCHEN LLP
Colleen P. Doyle (SBN 122060)
colleen.doyle@bingham.com
Berj K. Parseghian (SBN 200932)
berj.parseghian@bingham.com
Jamie O. Kendall (SBN 260231)
jamie.kendall@bingham.com
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone: 213.680.6400
Facsimile: 213.680.6499

Attorneys for Plaintiff
EXXONMOBIL OIL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION,<br><br>　　　　　Plaintiff,<br>　v.<br>NICOLETTI OIL, INC. *et al.*,<br><br>　　　　　Defendants. | No. 1:09-cv-01498-AWI-DLB<br><br>**STIPULATION AND ORDER TO EXCLUDE TESTIMONY OF DINO J. NICOLETTI**<br><br>Judge: Hon. Anthony W. Ishii<br>Third Am. Compl. Filed: Oct. 8, 2010<br>Trial Date: Nov. 14, 2012 |

WHEREAS, this matter involves the environmental cleanup of a gasoline and diesel sales and distribution facility located in Dos Palos, California;

WHEREAS, from approximately 1946 to 1980, or for a substantial portion of that time, defendant Dino J. Nicoletti conducted business at the facility, which included selling and distributing gasoline and diesel products; and

WHEREAS, Defendants represent that Mr. Nicoletti is 90 years old, suffers from severe dementia and is incapable of speech or non-verbal communication, is unable to accurately understand, recall, or narrate his knowledge and impressions related to the facility, and is unable to be deposed;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1. Dino J. Nicoletti shall not be deposed in this matter;
2. Dino J. Nicoletti is prohibited from testifying at any trial, hearing, or other proceeding in this matter;
3. Defendants are prohibited from offering any testimony of Dino J. Nicoletti, including, but not limited to, affidavits, declarations, and former trial, hearing, or deposition testimony, at any trial, hearing, or other proceeding in this matter;
4. Plaintiff may depose defendant John Nicoletti individually and to the extent he is designated to testify on behalf of defendant Nicoletti Oil, Inc. pursuant to Fed. R. Civ. P. 30(b)(6) for a total of two days of 7 hours each;
5. In addition, Plaintiff may depose defendants' employee Ron Wood individually and to the extent he is designated to testify on behalf of defendant Nicoletti Oil, Inc. pursuant to Fed. R. Civ. P. 30(b)(6) for a total of one day of 7 hours; and

6. Any party may seek modification of this Order if Mr. Nicoletti's condition changes such that he is able to be deposed in this matter.

DATED: November 28, 2011            BINGHAM MCCUTCHEN LLP


By: /s/ *Berj K. Parseghian*
Berj K. Parseghian
Attorneys for Plaintiff
ExxonMobil Oil Corporation

TATRO TEKOSKY SADWICK LLP


By: /s/ *Steven R. Tekosky* (as authorized on November 28, 2010)
Steven R. Tekosky
Attorney for Defendants
Nicoletti Oil, Inc., Dino J. Nicoletti, and John A Nicoletti

IT IS SO ORDERED.

Dated:   **November 29, 2011**            /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE