BINGHAM MCCUTCHEN LLP
Colleen P. Doyle (SBN 122060)
colleen.doyle@bingham.com
Berj K. Parseghian (SBN 200932)
berj.parseghian@bingham.com
Jamie O. Kendall (SBN 260231)
jamie.kendall@bingham.com
355 South Grand Avenue, Suite 4400
Los Angeles, CA  90071-3106
Telephone:  213.680.6400
Facsimile:  213.680.6499

Attorneys for Plaintiff
EXXONMOBIL OIL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION,<br><br>          Plaintiff,<br>     v.<br><br>NICOLETTI OIL, INC. *et al.*,<br><br>          Defendants. | No. 1:09-cv-01498-AWI-DLB<br><br>**STIPULATION AND ORDER CONTINUING EXPERT DISCOVERY SCHEDULE**<br><br>Judge: Hon. Anthony W. Ishii<br>Third Am. Compl. Filed: Oct. 8, 2010<br>Trial Date: Nov. 14, 2012 |

WHEREAS, on December 13, 2010, the Court entered a Scheduling Conference Order in this proceeding which, among other things, ordered the parties to disclose all expert witnesses, in writing, on or before January 6, 2012; to make any rebuttal or supplemental expert disclosures on or before March 1, 2012; and to complete all discovery, including experts, on or before May 1, 2012;

WHEREAS, due to illness of counsel, defendants have requested an extension of the expert discovery schedule; and

WHEREAS, plaintiff has agreed to a one-week extension of the expert discovery schedule;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the expert discovery schedule should be continued as follows:

- disclosure of all expert witnesses, in writing, on or before January 13, 2012;
- rebuttal or supplemental expert disclosures on or before March 8, 2012; and
- completion of all discovery, including experts, on or before May 8, 2012.

DATED: January 5, 2012                    BINGHAM MCCUTCHEN LLP

By: /s/ *Berj K. Parseghian*
Berj K. Parseghian
Attorneys for Plaintiff
ExxonMobil Oil Corporation

TATRO TEKOSKY SADWICK LLP

By: /s/ *Steven R. Tekosky* (as authorized on January 5, 2012)
Steven R. Tekosky
Attorney for Defendants
Nicoletti Oil, Inc., Dino J. Nicoletti, and John A Nicoletti

IT IS SO ORDERED.

Dated: **January 9, 2012**          /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE