BINGHAM MCCUTCHEN LLP
Colleen P. Doyle (SBN 122060)
colleen.doyle@bingham.com
Berj K. Parseghian (SBN 200932)
berj.parseghian@bingham.com
Jamie O. Kendall (SBN 260231)
jamie.kendall@bingham.com
355 South Grand Avenue, Suite 4400
Los Angeles, CA  90071-3106
Telephone:  213.680.6400
Facsimile:  213.680.6499

Attorneys for Plaintiff
EXXONMOBIL OIL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION,<br><br>          Plaintiff,<br>     v.<br><br>NICOLETTI OIL, INC. *et al.*,<br><br>          Defendants. | No. 1:09-cv-01498-AWI-DLB<br><br>**STIPULATION AND ORDER CONTINUING EXPERT DISCOVERY SCHEDULE**<br><br>Judge: Hon. Anthony W. Ishii<br>Third Am. Compl. Filed: Oct. 8, 2010<br>Trial Date: Nov. 14, 2012 |

WHEREAS, on December 13, 2010, the Court entered a Scheduling Conference Order in this proceeding which, among other things, ordered the parties to complete all discovery, including experts, on or before May 1, 2012 and scheduled a settlement conference for May 17, 2012 at 10:00 a.m. in Courtroom 9 before the Honorable Dennis L. Beck, United States Magistrate Judge;

WHEREAS, on January 9, 2012, the Court entered an Order extending the date for completion of all discovery, including experts, to May 8, 2012; and

WHEREAS, the parties have agreed to conduct a mediation in this matter on May 10-11, 2012 before Timothy Gallagher, Esq. and to postpone expert depositions until after the mediation;

No. 1:09-cv-01498-AWI-DLB

STIPULATION AND ORDER CONTINUING EXPERT DISCOVERY SCHEDULE

A/74854572.1

PDF created with pdfFactory trial version www.pdffactory.com

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1. The deadline for completion of all discovery, including experts, should be extended to June 29, 2012; and

2. The settlement conference should be rescheduled to July 19, 2012 or such other date as is convenient for the Court.

DATED: March 30, 2012   BINGHAM MCCUTCHEN LLP

By: /s/ *Berj K. Parseghian*
Berj K. Parseghian
Attorneys for Plaintiff
ExxonMobil Oil Corporation

TATRO TEKOSKY SADWICK LLP

By: /s/ *Steven R. Tekosky* (as authorized on March 28, 2012)
Steven R. Tekosky
Attorney for Defendants
Nicoletti Oil, Inc., Dino J. Nicoletti, and John A Nicoletti

### ORDER

1. The deadline for completion of all discovery, including experts, is extended to June 29, 2012; and

2. The settlement conference is continued to August 1, 2012 at 10:00am

**IT IS SO ORDERED.**

DATED: April 4, 2012   /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com