BINGHAM MCCUTCHEN LLP
Colleen P. Doyle (SBN 122060)
colleen.doyle@bingham.com
Berj K. Parseghian (SBN 200932)
berj.parseghian@bingham.com
Jamie O. Kendall (SBN 260231)
jamie.kendall@bingham.com
355 South Grand Avenue, Suite 4400
Los Angeles, California  90071-3106
Telephone:  213.680.6400

Attorneys for Plaintiff
EXXONMOBIL OIL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>NICOLETTI OIL, INC. et al.,<br><br>Defendants. | No. 1:09-cv-01498-AWI-DLB<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Judge: Hon. Anthony W. Ishii<br>Third Am. Compl. Filed: Oct. 8, 2010<br>Trial Date: Nov. 14, 2012 |

WHEREAS, a mandatory settlement conference in this proceeding is currently set for August 1, 2012 at

10:00 a.m. in Courtroom 9 before the Honorable Dennis L. Beck, United States Magistrate Judge;

WHEREAS, the parties have conducted two mediation sessions in this matter before private mediator

Timothy Gallagher, Esq., the most recent session being on May 10-11, 2012;

WHEREAS, settlement discussions are ongoing, and Mr. Gallagher continues to work with the parties in

order to achieve settlement of this matter;

WHEREAS, this matter is complex, involving claims spanning many decades and multiple insurance

carriers as interested parties; and

WHEREAS, the parties agree that continued settlement discussions with Mr. Gallagher, who is already

familiar with the unique complexities of this action, provide the most likely vehicle for achieving settlement at this

time;

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE

1   THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

2       1.      The mandatory settlement conference should be continued to September 5, 2012 or such other date

3   as is convenient for the Court.

4   DATED:  July 20, 2012

5

6                                                       BINGHAM MCCUTCHEN LLP

7

8                                                       By:        */s/ Berj K. Parseghian*
                                                                    Berj K. Parseghian
9                                                                   Attorneys for Plaintiff
                                                            EXXONMOBIL OIL CORPORATION
10

11  DATED:  July 20, 2012

12

13                                                      TATRO TEKOSKY SADWICK LLP

14

15                                                      By:        */s/ Steven R. Tekosky*
                                                            (as authorized on July 20, 2012)
16                                                                  Steven R. Tekosky
                                                                  Attorneys for Defendants
17                                                          NICOLETTI OIL, INC., DINO J.
                                                        NICOLETTI, and JOHN A. NICOLETTI
18

19

20

21

22

23

24  IT IS SO ORDERED.

25      Dated:   **July 25, 2012**                        /s/ *Dennis L. Beck*
                                                        UNITED STATES MAGISTRATE JUDGE
26

27

28

                                            2

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE