1  BINGHAM MCCUTCHEN LLP
Colleen P. Doyle (SBN 122060)
2  colleen.doyle@bingham.com
Berj K. Parseghian (SBN 200932)
3  berj.parseghian@bingham.com
Jamie O. Kendall (SBN 260231)
4  jamie.kendall@bingham.com
355 South Grand Avenue, Suite 4400
5  Los Angeles, California  90071-3106
Telephone:  213.680.6400
6
Attorneys for Plaintiff
7  EXXONMOBIL OIL CORPORATION

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| 11  EXXONMOBIL OIL CORPORATION, | No. 1:09-cv-01498-AWI-DLB |
|---|---|
| 12          Plaintiff, | **STIPULATION AND  ORDER DISMISSING CERTAIN CLAIMS WITH PREJUDICE** |
| 13      v. | |
| 14  NICOLETTI OIL, INC. et al., | Judge: Hon. Anthony W. Ishii |
| 15          Defendants. | Third Am. Compl. Filed: Oct. 8, 2010 Trial Date: Nov. 14, 2012 |

16

17          Plaintiff ExxonMobil Oil Corporation ("Plaintiff") and defendants Nicoletti Oil, Inc.,

18  Dino J. Nicoletti, and John A. Nicoletti (collectively, "Defendants"), by and through their

19  counsel, stipulate and agree that Plaintiff's second claim for express contractual indemnity, third

20  claim for equitable indemnity, and seventh claim for negligence shall be dismissed with

21  prejudice.

22
DATED:  September 27, 2012
23
24                                        BINGHAM MCCUTCHEN LLP
25
26                              By:   _/s/ Berj K. Parseghian_
                                          Berj K. Parseghian
27                                   Attorneys for Plaintiff
                                  EXXONMOBIL OIL CORPORATION
28

1

TATRO TEKOSKY SADWICK LLP

2

3

By:     */s/ Steven R. Tekosky* (as authorized
on September 27, 2012)

4

Steven R. Tekosky
Attorneys for Defendants

5

NICOLETTI OIL, INC., DINO J.
NICOLETTI, and JOHN A. NICOLETTI

6

7

8

9

10

11

IT IS SO ORDERED.

12

Dated:   September 27, 2012

13

CHIEF UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

STIPULATION AND ORDER
DISMISSING CERTAIN CLAIMS WITH PREJUDICE