BINGHAM MCCUTCHEN LLP
Colleen P. Doyle (SBN 122060)
colleen.doyle@bingham.com
Berj K. Parseghian (SBN 200932)
berj.parseghian@bingham.com
Jamie O. Kendall (SBN 260231)
jamie.kendall@bingham.com
355 South Grand Avenue, Suite 4400
Los Angeles, California  90071-3106
Telephone:  213.680.6400

Attorneys for Plaintiff
EXXONMOBIL OIL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>NICOLETTI OIL, INC. et al.,<br><br>Defendants. | No. 1:09-cv-01498-AWI-DLB<br><br>**STIPULATION AND  ORDER DISMISSING CERTAIN CLAIMS WITH PREJUDICE**<br><br>Judge: Hon. Anthony W. Ishii<br>Third Am. Compl. Filed: Oct. 8, 2010<br>Trial Date: Nov. 14, 2012 |

Plaintiff ExxonMobil Oil Corporation ("Plaintiff") and defendants Nicoletti Oil, Inc., Dino J. Nicoletti, and John A. Nicoletti (collectively, "Defendants"), by and through their counsel, stipulate and agree that Plaintiff's second claim for express contractual indemnity, third claim for equitable indemnity, and seventh claim for negligence shall be dismissed with prejudice.

DATED:  September 27, 2012

BINGHAM MCCUTCHEN LLP

By:   */s/ Berj K. Parseghian*
Berj K. Parseghian
Attorneys for Plaintiff
EXXONMOBIL OIL CORPORATION

TATRO TEKOSKY SADWICK LLP


By:     */s/ Steven R. Tekosky* (as authorized
             on September 27, 2012)

Steven R. Tekosky
Attorneys for Defendants
NICOLETTI OIL, INC., DINO J.
NICOLETTI, and JOHN A. NICOLETTI

IT IS SO ORDERED.

Dated:   September 27, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

2

STIPULATION AND ORDER
DISMISSING CERTAIN CLAIMS WITH PREJUDICE