BINGHAM MCCUTCHEN LLP
Colleen P. Doyle (SBN 122060)
colleen.doyle@bingham.com
Berj K. Parseghian (SBN 200932)
berj.parseghian@bingham.com
Jamie O. Kendall (SBN 260231)
jamie.kendall@bingham.com
355 South Grand Avenue, Suite 4400
Los Angeles, CA  90071-3106
Telephone:  213.680.6400
Facsimile:  213.680.6499


Attorneys for Plaintiff
EXXONMOBIL OIL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION,<br><br>            Plaintiff,<br><br>      v.<br><br>NICOLETTI OIL, INC. *et al.*,<br><br>            Defendants. | No. 1:09-cv-01498-AWI-DLB<br><br>**STIPULATION AND ORDER RE PRE-TRIAL CONFERENCE AND TRIAL DATES**<br><br>Judge: Hon. Anthony W. Ishii<br>Third Am. Compl. Filed: Oct. 8, 2010<br>Trial Date: Nov. 14, 2012 |

The parties to this action, by and through their counsel, stipulate and agree as follows:

(1)  The pre-trial conference in this action should be set for January 10, 2013; and

(2)  The trial of this action should be set for March 5, 2013.

DATED:  October 2, 2012            BINGHAM MCCUTCHEN LLP


                                   By:    */s/ Berj K. Parseghian*
                                          Berj K. Parseghian
                                          Attorneys for Plaintiff
                                          ExxonMobil Oil Corporation

TATRO TEKOSKY SADWICK LLP


By:   */s/ Steven R. Tekosky* (as authorized
      on October 2, 2012)
Steven R. Tekosky
Attorney for Defendants
Nicoletti Oil, Inc., Dino J. Nicoletti, and John A Nicoletti

### ORDER

Pursuant to the Court's October 1, 2012 minute order and the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The pre-trial conference in this action is set for January 10, 2013 at 8:30 a.m. in Courtroom 2 before Hon. Anthony W. Ishii, Chief United States District Judge; and

2. The trial of this action is set for March 5, 2013 at 9:00 a.m. in Courtroom 2 before Hon. Anthony W. Ishii, Chief United States District Judge.

IT IS SO ORDERED.

Dated:   **October 9, 2012**         /s/ Dennis L. Beck
                                     UNITED STATES MAGISTRATE JUDGE