1  BINGHAM MCCUTCHEN LLP
   Colleen P. Doyle (SBN 122060)
2  colleen.doyle@bingham.com
   Berj K. Parseghian (SBN 200932)
3  berj.parseghian@bingham.com
   Jamie O. Kendall (SBN 260231)
4  jamie.kendall@bingham.com
   355 South Grand Avenue, Suite 4400
5  Los Angeles, CA  90071-3106
   Telephone:  213.680.6400
6  Facsimile:  213.680.6499

7
   Attorneys for Plaintiff
8  EXXONMOBIL OIL CORPORATION

9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11

12
   EXXONMOBIL OIL CORPORATION,           No. 1:09-cv-01498-AWI-DLB
13
              Plaintiff,                 **STIPULATION AND ORDER
14                                       SUBSTITUTING PERSONAL
         v.                              REPRESENTATIVE FOR
15                                       DEFENDANT DINO J. NICOLETTI,
   NICOLETTI OIL, INC. *et al.*,         DECEASED**
16
              Defendants.                Judge: Hon. Anthony W. Ishii
17                                       Trial Date: Nov. 14, 2012
18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER SUBSTITUTING PERSONAL REPRESENTATIVE
FOR DEFENDANT DINO J. NICOLETTI, DECEASED

A/75114651.5

The parties to this action, by and through their counsel, stipulate and agree as follows:

(1) Defendant Dino J. Nicoletti died during the pendency of this action;

(2) To the extent Plaintiff's first claim for relief under RCRA or sixth claim for declaratory relief survive the death of defendant Dino Nicoletti, Floretta Nicoletti, personal representative of defendant Dino J. Nicoletti, deceased, may be substituted as a defendant in this action in place of defendant Dino J. Nicoletti. This stipulation explicitly reserves, and is not intended to waive, any argument by Defendants that neither Plaintiff's first claim against Dino Nicoletti nor Plaintiff's sixth claim against Dino Nicoletti survive the death of defendant Dino Nicoletti; and

(3) Floretta Nicoletti, personal representative of defendant Dino J. Nicoletti, deceased, hereby acknowledges actual notice of this suit and subjects herself to the jurisdiction of this court in this action.

DATED: September 27, 2012                BINGHAM MCCUTCHEN LLP


By: */s/ Berj K. Parseghian*
　　Berj K. Parseghian
　　Attorneys for Plaintiff
　　ExxonMobil Oil Corporation


TATRO TEKOSKY SADWICK LLP


By: */s/ Steven R. Tekosky* (as authorized on September 27, 2012)
　　Steven R. Tekosky
　　Attorney for Defendants
　　Nicoletti Oil, Inc., Dino J. Nicoletti, and John A Nicoletti

IT IS SO ORDERED.

Dated: **October 9, 2012**　　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

2

STIPULATION AND [PROPOSED] ORDER SUBSTITUTING PERSONAL REPRESENTATIVE
FOR DEFENDANT DINO J. NICOLETTI, DECEASED

A/75114651.5