BINGHAM MCCUTCHEN LLP
Colleen P. Doyle (SBN 122060)
colleen.doyle@bingham.com
Berj K. Parseghian (SBN 200932)
berj.parseghian@bingham.com
Jamie O. Kendall (SBN 260231)
jamie.kendall@bingham.com
355 South Grand Avenue, Suite 4400
Los Angeles, CA  90071-3106
Telephone:  213.680.6400
Facsimile:  213.680.6499

Attorneys for Plaintiff
EXXONMOBIL OIL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NICOLETTI OIL, INC. *et al.*,<br><br>　　　　Defendants. | No. 1:09-cv-01498-AWI-DLB<br><br>**STIPULATION AND ORDER SUBSTITUTING PERSONAL REPRESENTATIVE FOR DEFENDANT DINO J. NICOLETTI, DECEASED**<br><br>Judge: Hon. Anthony W. Ishii<br>Trial Date: Nov. 14, 2012 |

The parties to this action, by and through their counsel, stipulate and agree as follows:

(1) Defendant Dino J. Nicoletti died during the pendency of this action;

(2) To the extent Plaintiff's first claim for relief under RCRA or sixth claim for declaratory relief survive the death of defendant Dino Nicoletti, Floretta Nicoletti, personal representative of defendant Dino J. Nicoletti, deceased, may be substituted as a defendant in this action in place of defendant Dino J. Nicoletti.  This stipulation explicitly reserves, and is not intended to waive, any argument by Defendants that neither Plaintiff's first claim against Dino Nicoletti nor Plaintiff's sixth claim against Dino Nicoletti survive the death of defendant Dino Nicoletti; and

(3) Floretta Nicoletti, personal representative of defendant Dino J. Nicoletti, deceased, hereby acknowledges actual notice of this suit and subjects herself to the jurisdiction of this court in this action.

DATED: September 27, 2012          BINGHAM MCCUTCHEN LLP

By: */s/ Berj K. Parseghian*
Berj K. Parseghian
Attorneys for Plaintiff
ExxonMobil Oil Corporation

TATRO TEKOSKY SADWICK LLP

By: */s/ Steven R. Tekosky* (as authorized on September 27, 2012)
Steven R. Tekosky
Attorney for Defendants
Nicoletti Oil, Inc., Dino J. Nicoletti, and John A Nicoletti

IT IS SO ORDERED.

Dated: **October 9, 2012**          /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE