# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> NICOLETTI OIL, INC., et. al., ) <br> ) <br> Defendants. ) <br> _____ ) | 1:09-cv-1498 AWI SAB <br><br> ORDER DISCHARGING <br> ORDER TO SHOW CAUSE <br> AND RESCHEDULING PRE-<br>TRIAL CONFERENCE <br><br> (Doc. No. 95) |

Trial in this matter is set for March 5, 2013.  The pre-trial conference was set for January 10, 2013.  Due to administrative error, it was mistakenly concluded that no pre-trial conference statement had been filed.  As a result, an order vacating the January 10 pre-trial conference and an order to show cause was issued on January 9, 2013.  Because the parties did in fact file a joint pre-trial statement in September 2012, it is appropriate to discharge the order to show cause.

With respect to the pre-trial conference, due to an on-going jury trial, it is no longer possible for the Court to conduct a pre-trial conference on January 10.  After consultation with the parties, the pre-trial conference will be reset to Monday, January 14, 2013, at 1:30 p.m.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause (Doc. No. 95) is DISCHARGED; and
2. The pre-trial conference is reset to Monday, January 14, 2013, at 1:30 p.m. in Courtroom No. 2.

IT IS SO ORDERED.

Dated:  January 9, 2013

_____
UNITED STATES DISTRICT JUDGE