Bingham McCutchen, LLP
CHRISTOPHER BERKA (SBN 94911)
BERJ K. PARSEGHIAN (SBN 200932)
JAMIE O. KENDALL (SBN 260231)
JULIA E. STEIN (SBN 269518)
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone:  (213) 680-6815
Facsimile:   (213) 680-6499

Attorneys for Plaintiff
EXXONMOBIL OIL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION,<br><br>        Plaintiff,<br>   v.<br><br>NICOLETTI OIL, INC. *et al.*,<br><br>        Defendants. | No. 1:09-cv-1498  AWI SAB<br><br>**STIPULATION RE BUSINESS RECORDS** (~~**PROPOSED**~~) **ORDER**<br><br>Judge: Hon. Anthony W. Ishii<br>Third Am. Compl. Filed: Oct. 8, 2010<br>Trial Date: March 5, 2013 |

IT IS HEREBY STIPULATED AND AGREED that the following documents produced in this action are records of a regularly conducted activity under Fed. R. Evid. 803(6) and are authentic under Fed. R. Evid. 901:

NIC25630-NIC25658

NIC25702-NIC25703

NIC25769-NIC25772

NIC26025-NIC26026

NIC26580-NIC27763

Clark Depo. Exs. 5, 8, 9, 10, 11

Ritchie Depo. Exs. 8, 17, 21, 19

1  This stipulation is not intended to waive objections by Nicoletti to introduction of this document
2  into evidence for reasons other than as stated herein.  Nicoletti reserves the right to raise
3  objections based upon, without limitation, relevance, waste of time, and hearsay within hearsay.

DATED:  February 23, 2013            BINGHAM MCCUTCHEN LLP


                                     By:  /s/ *Berj K. Parseghian*
                                          Berj K. Parseghian
                                          Attorneys for Plaintiff
                                          ExxonMobil Oil Corporation

                                     TATRO TEKOSKY SADWICK LLP


                                     By:  /s/ *Steven R. Tekosky*
                                          Steven R. Tekosky
                                          Attorney for Defendants
                                          Nicoletti Oil, Inc., Dino J. Nicoletti, and John A
                                          Nicoletti


IT IS SO ORDERED.

Dated:   February 27, 2013           _____
                                     SENIOR  DISTRICT  JUDGE