Bingham McCutchen, LLP
CHRISTOPHER BERKA (SBN 94911)
BERJ K. PARSEGHIAN (SBN 200932)
JAMIE O. KENDALL (SBN 260231)
JULIA E. STEIN (SBN 269518)
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone: (213) 680-6815
Facsimile: (213) 680-6499

Attorneys for Plaintiff
EXXONMOBIL OIL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>NICOLETTI OIL, INC. *et al.*,<br><br>　　　　　Defendants. | No. 1:09-cv-01498-AWI-SAB<br><br>**STIPULATION RE BUSINESS RECORDS (PROPOSED) ORDER**<br><br>Judge: Hon. Anthony W. Ishii<br>Third Am. Compl. Filed: Oct. 8, 2010<br>Trial Date: March 5, 2013 |

　　　　IT IS HEREBY STIPULATED AND AGREED that the April 2, 2008 Memorandum from Nathan Casebeer to Duncan Austin (Wood Depo. Ex. 26) produced in this action is a record of a regularly conducted activity under Fed. R. Evid. 803(6) and is authentic under Fed. R. Evid. 901.

　　　　This stipulation is not intended to waive objections by Nicoletti to introduction of this document into evidence for reasons other than as stated herein.  Nicoletti reserves the right to raise objections based upon, without limitation, relevance, waste of time, and hearsay within hearsay.

DATED: February 23, 2013　　　　　BINGHAM MCCUTCHEN LLP

　　　　　　　　　　　　　　　　　　By: /s/ *Berj K. Parseghian*
　　　　　　　　　　　　　　　　　　　Berj K. Parseghian
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　ExxonMobil Oil Corporation

**STIPULATION RE BUSINESS RECORDS**

A/75397895.1

1
2              TATRO TEKOSKY SADWICK LLP

3              By: /s/ *Steven R. Tekosky*
                   Steven R. Tekosky
4                  Attorney for Defendants
               Nicoletti Oil, Inc., Dino J. Nicoletti, and John A
5                         Nicoletti

6

7  IT IS SO ORDERED.

8  Dated:  February 27, 2013          _____
9                                      SENIOR DISTRICT JUDGE

10