UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>NICOLETTI OIL, INC. *et al.*,<br><br>          Defendants. | No. 1:09-cv-01498-AWI-DLB<br><br>**ORDER CONTINUING TRIAL DATE AND EXTENDING TIME TO FILE RESPONSE TO MOTION IN LIMINE** |

On June 9, 2014 the parties to this action stipulated to a continuance of the trial date and extension of time for Plaintiff to file a motion to Defendant's renewed motion *in limine*.

Accordingly, it is hereby ORDERED that:

1. The time for Plaintiff ExxonMobil Oil Corporation to file a response to Defendant Nicoletti Oil, Inc.'s renewed motion *in limine* and motion to strike the testimony of Joyce Rizzo (ECF No. 148) is extended to July 24, 2014 at 10:00 a.m; and

2. The trial of this action is continued to July 29, 2014.

IT IS SO ORDERED.

Dated:   June 10, 2014                                    _____
                                                                              SENIOR  DISTRICT  JUDGE