**LEWIS BRISBOIS BISGAARD & SMITH LLP**
BERJ K. PARSEGHIAN (SBN 200932)
berj.parseghian@lewisbrisbois.com
ERNEST SLOME (SBN 122419)
ernest.slome@lewisbrisbois.com
77 Water Street, Suite 2100
New York, New York 10005
Telephone: 212.232.1300
Facsimile: 212.232.1399

Attorneys for Plaintiff
EXXONMOBIL OIL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION, | No. 1:09-cv-01498-AWI-DLB |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE TRIAL DATE** |
| v. | |
| NICOLETTI OIL, INC. *et al.*, | Judge: Hon. Anthony W. Ishii |
| Defendants. | Third Am. Compl. Filed: Oct. 8, 2010 |
| | Trial Date: Aug. 12, 2014 |

STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL DATE

4849-0235-5228.1

1    WHEREAS, the parties have reached a tentative settlement of this case.

2    THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the trial of this

3 action should be continued to December 16, 2014.

4

5 DATED:  August 6, 2014                 LEWIS BRISBOIS BISGAARD & SMITH LLP

6                                         By:    /s/ *Berj K. Parseghian*
                                                Berj K. Parseghian
7                                               Attorneys for Plaintiff
                                                ExxonMobil Oil Corporation
8

9                                         TATRO TEKOSKY SADWICK LLP

10

11                                        By:     /s/ *Rene P. Tatro*  (as authorized
                                                    on August 6, 2014)
12                                              Rene P. Tatro
                                                Attorney for Defendants
13                                         Nicoletti Oil, Inc., Dino J. Nicoletti, and John A
                                                    Nicoletti
14

15 IT IS SO ORDERED.

16
   Dated:   August 6, 2014          _____
17                                          SENIOR  DISTRICT  JUDGE

18

19

20

21

22

23

24

25

26

27

28

2

STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL DATE

4849-0235-5228.1