**LEWIS BRISBOIS BISGAARD & SMITH LLP**
BERJ K. PARSEGHIAN (SBN 200932)
berj.parseghian@lewisbrisbois.com
ERNEST SLOME (SBN 122419)
ernest.slome@lewisbrisbois.com
77 Water Street, Suite 2100
New York, New York 10005
Telephone: 212.232.1300
Facsimile: 212.232.1399

Attorneys for Plaintiff
EXXONMOBIL OIL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION,<br><br>             Plaintiff,<br><br>    v.<br><br>NICOLETTI OIL, INC. *et al.*,<br><br>             Defendants. | No. 1:09-cv-01498-AWI-DLB<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE**<br><br>Judge: Hon. Anthony W. Ishii<br>Third Am. Compl. Filed: Oct. 8, 2010<br>Trial Date: Dec. 16, 2014 |

STIPULATION AND ORDER CONTINUING TRIAL DATE

4838-0345-7568.1

WHEREAS, the parties are continuing to work to finalize and document the tentative settlement of this case.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the trial of this action should be continued to March 24, 2015 at 8:30 a.m.

DATED: December 4, 2014        LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  /s/ *Berj K. Parseghian*
Berj K. Parseghian
Attorneys for Plaintiff
ExxonMobil Oil Corporation

TATRO TEKOSKY SADWICK LLP

By:  /s/ *Rene P. Tatro*  (as authorized on December 4, 2014)
Rene P. Tatro
Attorney for Defendants
Nicoletti Oil, Inc., Dino J. Nicoletti, and John A Nicoletti

IT IS SO ORDERED.

Dated:  December 5, 2014         _____
SENIOR DISTRICT JUDGE