**LEWIS BRISBOIS BISGAARD & SMITH LLP**
BERJ K. PARSEGHIAN (SBN 200932)
berj.parseghian@lewisbrisbois.com
ERNEST SLOME (SBN 122419)
ernest.slome@lewisbrisbois.com
77 Water Street, Suite 2100
New York, New York 10005
Telephone: 212.232.1300
Facsimile: 212.232.1399

Attorneys for Plaintiff
EXXONMOBIL OIL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION,<br><br>         Plaintiff,<br><br>    v.<br><br>NICOLETTI OIL, INC. *et al.*,<br><br>         Defendants. | No. 1:09-cv-01498-AWI-SAB<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE**<br><br>Judge: Hon. Anthony W. Ishii<br>Third Am. Compl. Filed: Oct. 8, 2010<br>Trial Date: June 16, 2016 |

STIPULATION AND ORDER CONTINUING TRIAL DATE

1  WHEREAS, the parties are continuing to work to finalize and document the tentative
2  settlement of this case.
3  THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the trial of this
4  action should be continued to August 4, 2015 at 8:30 a.m. in Courtroom 2 before District Judge
5  Anthony W. Ishii.

DATED: June 5, 2015					LEWIS BRISBOIS BISGAARD & SMITH LLP


							By:     /s/  *Berj K. Parseghian*
							          Berj K. Parseghian
							         Attorneys for Plaintiff
							       ExxonMobil Oil Corporation


							TATRO TEKOSKY SADWICK LLP


							By:     /s/  *Steven R. Tekosky* (as authorized
							                on June 5, 2015)
							                Steven R. Tekosky
							            Attorney for Defendants
							Nicoletti Oil, Inc., Dino J. Nicoletti, and John A
							                   Nicoletti

IT IS SO ORDERED.

Dated:   June 5, 2015				_____
							SENIOR  DISTRICT  JUDGE