**LEWIS BRISBOIS BISGAARD & SMITH LLP**
BERJ K. PARSEGHIAN (SBN 200932)
berj.parseghian@lewisbrisbois.com
ERNEST SLOME (SBN 122419)
ernest.slome@lewisbrisbois.com
77 Water Street, Suite 2100
New York, New York 10005
Telephone: 212.232.1300
Facsimile: 212.232.1399

Attorneys for Plaintiff
EXXONMOBIL OIL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>NICOLETTI OIL, INC. *et al.*,<br><br>          Defendants. | No. 1:09-cv-01498-AWI-SAB<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE**<br><br>Judge: Hon. Anthony W. Ishii<br>Third Am. Compl. Filed: Oct. 8, 2010<br>Trial Date: August 4, 2015 |

WHEREAS, the parties are continuing to work to finalize and document the tentative settlement of this case.

THEREFORE, the parties respectfully request that the trial of this action be continued to a date in December of 2015 convenient for the Court.

DATED: July 28, 2015                    LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   /s/ *Berj K. Parseghian*
       Berj K. Parseghian
       Attorneys for Plaintiff
       ExxonMobil Oil Corporation


TATRO TEKOSKY SADWICK LLP


By:   /s/ *Steven R. Tekosky* (as authorized on July 28, 2015)
       Steven R. Tekosky
       Attorney for Defendants
       Nicoletti Oil, Inc., Dino J. Nicoletti, and John A Nicoletti

### **ORDER**

Having reviewed the stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that the trial currently set August 4, 2015, is continued to December 8, 2015 at 8:30 a.m. in Courtroom 2 before Hon. Anthony W. Ishii. The parties are FURTHER ORDERED to submit a status update apprising the Court of the status of the case on or before November 30, 2015.

IT IS SO ORDERED.

Dated:   July 28, 2015                    _____
                                                SENIOR DISTRICT JUDGE