UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>NICOLETTI OIL, INC. *et al.*,<br><br>        Defendants. | No. 1:09-cv-01498-AWI-DLB<br><br>**ORDER VACATING TRIAL DATE AND SETTING A TELEPHONIC STATUS CONFERENCE** |

On May 5, 2016 the parties to this action submitted a joint status report, informing the Court that they have engaged a mediator to assist them in negotiating a settlement. The parties have indicated that they and the mediator believe that a settlement is near. As such, the parties have requested that the Court vacate the May 17, 2016 trial date and set a status conference in July of 2016.

Accordingly, IT IS HEREBY ORDERED that the May 17, 2016 trial date is VACATED. The parties shall telephonically appear on July 6, 2016 at 10:00 a.m. to apprise the Court of the parties' settlement negotiation status.

IT IS SO ORDERED.

Dated:  May 6, 2016                              _____
                                                                SENIOR DISTRICT JUDGE