UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>NICOLETTI OIL, INC. *et al.*,<br><br>    Defendants. | No. 1:09-cv-01498-AWI-SAB<br><br>**STIPULATION AND ORDER TO<br>CONTINUE STATUS CONFERENCE**<br><br>Judge: Hon. Anthony W. Ishii<br>Third Am. Compl. Filed: Oct. 8, 2010 |

1.     On February 13, 2017, Plaintiff ExxonMobil Oil Corporation ("ExxonMobil") and Defendants Nicoletti Oil, Inc., Floretta A. Nicoletti, personal representative of Dino J. Nicoletti, deceased, and John A. Nicoletti (collectively, the "Nicolettis") submitted a Notice of Settlement of this matter and a Stipulation requesting that the Court approve the parties' Purchase and Sale and Settlement Agreement and Mutual Release (the "Agreement").

2.     Pursuant to the Agreement, the Nicolettis' insurers were to make a settlement payment of $4.25 million to ExxonMobil by March 21, 2017 and ExxonMobil was to purchase certain properties from the Nicolettis for $2.5 million with a closing date on or before March 31, 2017, among other things.

3. On February 13, 2017, the Court entered an Order approving the Agreement and setting a telephonic status conference for April 10, 2017 at 3:30 p.m.

4. The Nicolettis' insurers did not make the settlement payment by March 21, 2017; however, they are expected to do so by April 23, 2017.

5. On March 29, 2017, the parties entered into Amendment No. 1 to the Agreement which, among other things, extended the payment schedules in the Agreement and extended the closing date to May 5, 2017.

6. The parties respectfully request that the Court continue the telephonic status conference to two weeks after the May 5, 2017 closing date.

Respectfully Submitted,

DATED: April 4, 2017        LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   /s/ *Berj K. Parseghian*
      Berj K. Parseghian
      Attorneys for Plaintiff
      ExxonMobil Oil Corporation

TATRO TEKOSKY SADWICK LLP

By:   /s/ *Steven R. Tekosky* (as authorized on April 4, 2017)
      Steven R. Tekosky
      Attorney for Defendants
      Nicoletti Oil, Inc., Floretta A. Nicoletti, personal representative of Dino J. Nicoletti, deceased, and John A Nicoletti

**ORDER**

Having reviewed the stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED THAT the telephonic status conference in this matter set for April 10, 2017 is continued to May 22, 2017 at 1:30 p.m. in Courtroom 2 before Hon. Anthony W. Ishii.

IT IS SO ORDERED.

Dated:  April 5, 2017

SENIOR DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE